## Aston Carter, Inc.

Aston Carter, Inc.
7301 Parkway Dr
Hanover MD  21076

888-475-2562

**ASTON CARTER®**

### TAX DATA

|  | Federal | FL State |
|---|---|---|
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Pct | N/A | |
| Addtl Amt | | |

### EMPLOYEE DATA

Ciara Andrecia Brown
5001 Lakefront Dr
Apt# i4
Tallahassee FL  32303

Employee ID:          2
Department:
Location:
Pay Rate: $16.000000 Hourly

### ADVICE

| Business Unit: | 115 |
|---|---|
| Advice #: | 8352724 |
| Pay Date: | 06/02/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 05/22/2022 |
| Pay Period End: | 05/28/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 31.73 | 507.68 | 363.57 | 5,817.12 |
| **Total Earnings:** | | 31.73 | 507.68 | 363.57 | 5,817.12 |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 6.82 | | 80.01 |
| Fed OASDI/EE | | | 29.16 | | 342.12 |
| **Total Tax Deductions:** | | | 35.98 | | 422.13 |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 100.80 |
| Vision Pretax | | | 2.71 | | 21.68 |
| Critical Illness Pre Tax | | | 8.13 | | 65.04 |
| Accident Pre Tax | | | 13.95 | | 111.60 |
| **Total Pre-Tax Deductions:** | | | 37.39 | | 299.12 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 18.00 |
| Child Life | | | 0.29 | | 2.32 |
| CE AD/D | | | 10.50 | | 84.00 |
| STD Contractor | | | 2.87 | | 22.96 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 13.76 |
| **Total After-Tax Deductions:** | | | 17.63 | | 141.04 |
| **EMPLOYER PAID BENEFITS** | | | | | |

### PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 507.68 | 37.39 | 470.29 | 470.29 | 470.29 | 0.00 | 35.98 | 55.02 | 416.68 |
| YTD: | 5,817.12 | 299.12 | 5,518.00 | 5,518.00 | 5,518.00 | 0.00 | 422.13 | 440.16 | 4,954.83 |

### LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

### PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $416.68 |

### MESSAGES

| Aston Carter, Inc. |
|---|

Aston Carter, Inc.
7301 Parkway Dr
Hanover MD  21076

888-475-2562

# ASTON CARTER®

| TAX DATA | | |
|---|---|---|
| | Federal | FL  State |
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Pct | N/A | |
| Addtl Amt | | |

| EMPLOYEE DATA |
|---|

Ciara Andrecia Brown
5001 Lakefront Dr
Apt# i4
Tallahassee FL  32303

Employee ID:
Department:
Location:
Pay Rate: $16.000000 Hourly

| ADVICE | |
|---|---|
| Business Unit: | 115 |
| Advice #: | 8378057 |
| Pay Date: | 06/09/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 05/29/2022 |
| Pay Period End: | 06/04/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 15.90 | 254.40 | 379.47 | 6,071.52 |
| **Total Earnings:** | | **15.90** | **254.40** | **379.47** | **6,071.52** |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 3.15 | | 83.16 |
| Fed OASDI/EE | | | 13.45 | | 355.57 |
| **Total Tax Deductions:** | | | **16.60** | | **438.73** |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 113.40 |
| Vision Pretax | | | 2.71 | | 24.39 |
| Critical Illness Pre Tax | | | 8.13 | | 73.17 |
| Accident Pre Tax | | | 13.95 | | 125.55 |
| **Total Pre-Tax Deductions:** | | | **37.39** | | **336.51** |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 20.25 |
| Child Life | | | 0.29 | | 2.61 |
| CE AD/D | | | 10.50 | | 94.50 |
| STD Contractor | | | 2.87 | | 25.83 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 15.48 |
| **Total After-Tax Deductions:** | | | **17.63** | | **158.67** |
| **EMPLOYER PAID BENEFITS** | | | | | |

## PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 254.40 | 37.39 | 217.01 | 217.01 | 217.01 | 0.00 | 16.60 | 55.02 | 182.78 |
| YTD: | 6,071.52 | 336.51 | 5,735.01 | 5,735.01 | 5,735.01 | 0.00 | 438.73 | 495.18 | 5,137.61 |

## LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $182.78 |

## MESSAGES

| **Aston Carter, Inc.** | **TAX DATA** | | |
|---|---|---|---|

Aston Carter, Inc.
7301 Parkway Dr
Hanover MD  21076

888-475-2562

# ASTON CARTER®

|  | | Federal | FL State |
|---|---|---|---|
| Marital Status | | H-of-H | N/A |
| Allowances | | N/A | 0 |
| Addtl Pct | | N/A | |
| Addtl Amt | | | |

### EMPLOYEE DATA

Ciara Andrecia Brown
5001 Lakefront Dr
Apt# i4
Tallahassee FL  32303

Employee ID:
Department:
Location:
Pay Rate: $16.000000 Hourly

### ADVICE

| Business Unit: | 115 |
|---|---|
| Advice #: | 8402591 |
| Pay Date: | 06/16/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 06/05/2022 |
| Pay Period End: | 06/11/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 39.85 | 637.60 | 419.32 | 6,709.12 |
| **Total Earnings:** | | 39.85 | 637.60 | 419.32 | 6,709.12 |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 8.70 | | 91.86 |
| Fed OASDI/EE | | | 37.21 | | 392.78 |
| **Total Tax Deductions:** | | | 45.91 | | 484.64 |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 126.00 |
| Vision Pretax | | | 2.71 | | 27.10 |
| Critical Illness Pre Tax | | | 8.13 | | 81.30 |
| Accident Pre Tax | | | 13.95 | | 139.50 |
| **Total Pre-Tax Deductions:** | | | 37.39 | | 373.90 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 22.50 |
| Child Life | | | 0.29 | | 2.90 |
| CE AD/D | | | 10.50 | | 105.00 |
| STD Contractor | | | 2.87 | | 28.70 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 17.20 |
| **Total After-Tax Deductions:** | | | 17.63 | | 176.30 |
| **EMPLOYER PAID BENEFITS** | | | | | |

## PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 637.60 | 37.39 | 600.21 | 600.21 | 600.21 | 0.00 | 45.91 | 55.02 | 536.67 |
| YTD: | 6,709.12 | 373.90 | 6,335.22 | 6,335.22 | 6,335.22 | 0.00 | 484.64 | 550.20 | 5,674.28 |

## LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $536.67 |

## MESSAGES

Page 1 of 1

| Aston Carter, Inc. | | |
|---|---|---|
| Aston Carter, Inc.<br>7301 Parkway Dr<br>Hanover MD  21076<br><br>888-475-2562 | | |

# ASTON CARTER®

| TAX DATA | | |
|---|---|---|
| | Federal | FL  State |
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Pct | N/A | |
| Addtl Amt | | |

| EMPLOYEE DATA |
|---|
| Ciara Andrecia Brown<br>5001 Lakefront Dr<br>Apt# i4<br>Tallahassee FL  32303 |
| Employee ID: |
| Department: |
| Location: |
| Pay Rate: $16.000000 Hourly |

| ADVICE | |
|---|---|
| Business Unit: | 115 |
| Advice #: | 8429818 |
| Pay Date: | 06/23/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 06/12/2022 |
| Pay Period End: | 06/18/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 30.05 | 480.80 | 449.37 | 7,189.92 |
| **Total Earnings:** | | 30.05 | 480.80 | 449.37 | 7,189.92 |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 6.43 | | 98.29 |
| Fed OASDI/EE | | | 27.50 | | 420.28 |
| **Total Tax Deductions:** | | | 33.93 | | 518.57 |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 138.60 |
| Vision Pretax | | | 2.71 | | 29.81 |
| Critical Illness Pre Tax | | | 8.13 | | 89.43 |
| Accident Pre Tax | | | 13.95 | | 153.45 |
| **Total Pre-Tax Deductions:** | | | 37.39 | | 411.29 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 24.75 |
| Child Life | | | 0.29 | | 3.19 |
| CE AD/D | | | 10.50 | | 115.50 |
| STD Contractor | | | 2.87 | | 31.57 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 18.92 |
| **Total After-Tax Deductions:** | | | 17.63 | | 193.93 |
| **EMPLOYER PAID BENEFITS** | | | | | |

## PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 480.80 | 37.39 | 443.41 | 443.41 | 443.41 | 0.00 | 33.93 | 55.02 | 391.85 |
| YTD: | 7,189.92 | 411.29 | 6,778.63 | 6,778.63 | 6,778.63 | 0.00 | 518.57 | 605.22 | 6,066.13 |

## LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $391.85 |

## MESSAGES

## Aston Carter, Inc.

Aston Carter, Inc.
7301 Parkway Dr
Hanover MD  21076

888-475-2562

# ASTON CARTER®

### TAX DATA

| | Federal | FL  State |
|---|---|---|
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Pct | N/A | |
| Addtl Amt | | |

## EMPLOYEE DATA

Ciara Andrecia Brown
5001 Lakefront Dr
Apt# i4
Tallahassee FL  32303

Employee ID:  ,
Department:
Location:
Pay Rate: $16.000000 Hourly

### ADVICE

| | |
|---|---|
| Business Unit: | 115 |
| Advice #: | 8451710 |
| Pay Date: | 06/30/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 06/19/2022 |
| Pay Period End: | 06/25/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 37.95 | 607.20 | 487.32 | 7,797.12 |
| **Total Earnings:** | | **37.95** | **607.20** | **487.32** | **7,797.12** |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 8.26 | | 106.55 |
| Fed OASDI/EE | | | 35.32 | | 455.60 |
| **Total Tax Deductions:** | | | **43.58** | | **562.15** |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 151.20 |
| Vision Pretax | | | 2.71 | | 32.52 |
| Critical Illness Pre Tax | | | 8.13 | | 97.56 |
| Accident Pre Tax | | | 13.95 | | 167.40 |
| **Total Pre-Tax Deductions:** | | | **37.39** | | **448.68** |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 27.00 |
| Child Life | | | 0.29 | | 3.48 |
| CE AD/D | | | 10.50 | | 126.00 |
| STD Contractor | | | 2.87 | | 34.44 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 20.64 |
| **Total After-Tax Deductions:** | | | **17.63** | | **211.56** |
| **EMPLOYER PAID BENEFITS** | | | | | |

## PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 607.20 | 37.39 | 569.81 | 569.81 | 569.81 | 0.00 | 43.58 | 55.02 | 508.60 |
| YTD: | 7,797.12 | 448.68 | 7,348.44 | 7,348.44 | 7,348.44 | 0.00 | 562.15 | 660.24 | 6,574.73 |

## LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $508.60 |

## MESSAGES

## Aston Carter, Inc.

Aston Carter, Inc.
7301 Parkway Dr
Hanover MD  21076

888-475-2562

# ASTON CARTER®

## EMPLOYEE DATA

Ciara Andrecia Brown
5001 Lakefront Dr
Apt# i4
Tallahassee FL  32303

Employee ID:
Department:
Location:
Pay Rate: $16.000000 Hourly

## TAX DATA

| | Federal | FL  State |
|---|---|---|
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Pct | N/A | |
| Addtl Amt | | |

## ADVICE

| Business Unit: | 115 |
|---|---|
| Advice #: | 8475678 |
| Pay Date: | 07/07/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 06/26/2022 |
| Pay Period End: | 07/02/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 31.95 | 511.20 | 519.27 | 8,308.32 |
| **Total Earnings:** | | 31.95 | 511.20 | 519.27 | 8,308.32 |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 6.87 | | 113.42 |
| Fed OASDI/EE | | | 29.38 | | 484.98 |
| **Total Tax Deductions:** | | | 36.25 | | 598.40 |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 163.80 |
| Vision Pretax | | | 2.71 | | 35.23 |
| Critical Illness Pre Tax | | | 8.13 | | 105.69 |
| Accident Pre Tax | | | 13.95 | | 181.35 |
| **Total Pre-Tax Deductions:** | | | 37.39 | | 486.07 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 29.25 |
| Child Life | | | 0.29 | | 3.77 |
| CE AD/D | | | 10.50 | | 136.50 |
| STD Contractor | | | 2.87 | | 37.31 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 22.36 |
| **Total After-Tax Deductions:** | | | 17.63 | | 229.19 |
| **EMPLOYER PAID BENEFITS** | | | | | |

## PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 511.20 | 37.39 | 473.81 | 473.81 | 473.81 | 0.00 | 36.25 | 55.02 | 419.93 |
| YTD: | 8,308.32 | 486.07 | 7,822.25 | 7,822.25 | 7,822.25 | 0.00 | 598.40 | 715.26 | 6,994.66 |

## LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $419.93 |

## MESSAGES

| Aston Carter, Inc. | | TAX DATA | | |
|---|---|---|---|---|
| Aston Carter, Inc.<br>7301 Parkway Dr<br>Hanover MD 21076<br><br>888-475-2562 | **ASTON CARTER®** | | Federal | FL State |
| | | Marital Status | H-of-H | N/A |
| | | Allowances | N/A | 0 |
| | | Addtl Pct | N/A | |
| | | Addtl Amt | | |

| EMPLOYEE DATA | ADVICE | |
|---|---|---|
| Ciara Andrecia Brown<br>5001 Lakefront Dr<br>Apt# i4<br>Tallahassee FL 32303 | Business Unit: | 115 |
| | Advice #: | 8500134 |
| | Pay Date: | 07/14/2022 |
| Employee ID: | Pay Group: | OPA-Operations & Administrative |
| Department: | Pay Period Begin: | 07/03/2022 |
| Location: | Pay Period End: | 07/09/2022 |
| Pay Rate: $16.000000 Hourly | | |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 23.90 | 382.40 | 543.17 | 8,690.72 |
| **Total Earnings:** | | **23.90** | **382.40** | **543.17** | **8,690.72** |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 5.01 | | 118.43 |
| Fed OASDI/EE | | | 21.39 | | 506.37 |
| **Total Tax Deductions:** | | | **26.40** | | **624.80** |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 12.60 | | 176.40 |
| Vision Pretax | | | 2.71 | | 37.94 |
| Critical Illness Pre Tax | | | 8.13 | | 113.82 |
| Accident Pre Tax | | | 13.95 | | 195.30 |
| **Total Pre-Tax Deductions:** | | | **37.39** | | **523.46** |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 2.25 | | 31.50 |
| Child Life | | | 0.29 | | 4.06 |
| CE AD/D | | | 10.50 | | 147.00 |
| STD Contractor | | | 2.87 | | 40.18 |
| Ctr Vol LTD - 65 Double | | | 1.72 | | 24.08 |
| **Total After-Tax Deductions:** | | | **17.63** | | **246.82** |
| **EMPLOYER PAID BENEFITS** | | | | | |

## PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DEDUCTIONS | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 382.40 | 37.39 | 345.01 | 345.01 | 345.01 | 0.00 | 26.40 | 55.02 | 300.98 |
| YTD: | 8,690.72 | 523.46 | 8,167.26 | 8,167.26 | 8,167.26 | 0.00 | 624.80 | 770.28 | 7,295.64 |

## LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $300.98 |

## MESSAGES

Page 1 of 1

| Aston Carter, Inc. |
|---|
| Aston Carter, Inc.<br>7301 Parkway Dr<br>Hanover MD 21076<br><br>888-475-2562 |

## ASTON CARTER®

| TAX DATA | | |
|---|---|---|
| | Federal | FL State |
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Amt | | |
| Dependent Amt | 7500.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| EMPLOYEE DATA |
|---|
| Ciara Andrecia Brown<br>5001 Lakefront Dr<br>Apt# i4<br>Tallahassee FL 32303 |
| Employee ID:<br>Department:<br>Location:<br>Pay Rate: $16.000000 Hourly |

| ADVICE | |
|---|---|
| Business Unit: | 115 |
| Advice #: | 8548201 |
| Pay Date: | 07/28/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 07/17/2022 |
| Pay Period End: | 07/23/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 39.67 | 634.72 | 582.84 | 9,325.44 |
| **Total Earnings:** | | 39.67 | 634.72 | 582.84 | 9,325.44 |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 8.11 | | 126.54 |
| Fed OASDI/EE | | | 34.72 | | 541.09 |
| **Total Tax Deductions:** | | | 42.83 | | 667.63 |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Dental Pre Tax | | | 25.20 | | 201.60 |
| Vision Pretax | | | 5.42 | | 43.36 |
| Critical Illness Pre Tax | | | 16.26 | | 130.08 |
| Accident Pre Tax | | | 27.90 | | 223.20 |
| **Total Pre-Tax Deductions:** | | | 74.78 | | 598.24 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Life Insurance | | | 4.50 | | 36.00 |
| Child Life | | | 0.58 | | 4.64 |
| CE AD/D | | | 21.00 | | 168.00 |
| STD Contractor | | | 5.74 | | 45.92 |
| Ctr Vol LTD - 65 Double | | | 3.44 | | 27.52 |
| **Total After-Tax Deductions:** | | | 35.26 | | 282.08 |
| **EMPLOYER PAID BENEFITS** | | | | | |

### PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DED | AFTER-TAX DED | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Current: | 634.72 | 74.78 | 35.26 | 559.94 | 559.94 | 559.94 | 0.00 | 42.83 | 110.04 | 481.85 |
| YTD: | 9,325.44 | 598.24 | 282.08 | 8,727.20 | 8,727.20 | 8,727.20 | 0.00 | 667.63 | 880.32 | 7,777.49 |

### LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

### PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $481.85 |

### MESSAGES

## Aston Carter, Inc.

Aston Carter, Inc.
7301 Parkway Dr
Hanover MD  21076

888-475-2562

# ASTON CARTER®

### TAX DATA

| | Federal | FL State |
|---|---|---|
| Marital Status | H-of-H | N/A |
| Allowances | N/A | 0 |
| Addtl Amt | | |
| Dependent Amt | 7500.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

### EMPLOYEE DATA

Ciara Andrecia Brown
5001 Lakefront Dr
Apt# i4
Tallahassee FL  32303

Employee ID:
Department:
Location:
Pay Rate: $16.000000 Hourly

### ADVICE

| | |
|---|---|
| Business Unit: | 115 |
| Advice #: | 8572178 |
| Pay Date: | 08/04/2022 |
| Pay Group: | OPA-Operations & Administrative |
| Pay Period Begin: | 07/24/2022 |
| Pay Period End: | 07/30/2022 |

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 16.000000 | 34.66 | 554.56 | 617.50 | 9,880.00 |
| **Total Earnings:** | | 34.66 | 554.56 | 617.50 | 9,880.00 |

### TAXABLE GROUP TERM LIFE

### TAX DEDUCTIONS

| Description | Current Amt | YTD Amt |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 7.50 | 134.04 |
| Fed OASDI/EE | 32.06 | 573.15 |
| **Total Tax Deductions:** | 39.56 | 707.19 |

### PRE-TAX DEDUCTIONS

| Description | Current Amt | YTD Amt |
|---|---|---|
| Dental Pre Tax | 12.60 | 214.20 |
| Vision Pretax | 2.71 | 46.07 |
| Critical Illness Pre Tax | 8.13 | 138.21 |
| Accident Pre Tax | 13.95 | 237.15 |
| **Total Pre-Tax Deductions:** | 37.39 | 635.63 |

### AFTER-TAX DEDUCTIONS

| Description | Current Amt | YTD Amt |
|---|---|---|
| Life Insurance | 2.25 | 38.25 |
| Child Life | 0.29 | 4.93 |
| CE AD/D | 10.50 | 178.50 |
| STD Contractor | 2.87 | 48.79 |
| Ctr Vol LTD - 65 Double | 1.72 | 29.24 |
| **Total After-Tax Deductions:** | 17.63 | 299.71 |

### EMPLOYER PAID BENEFITS

### PAY STATEMENT SUMMARY

| | TOTAL GROSS | PRE-TAX DED | AFTER-TAX DED | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Current: | 554.56 | 37.39 | 17.63 | 517.17 | 517.17 | 517.17 | 0.00 | 39.56 | 55.02 | 459.98 |
| YTD: | 9,880.00 | 635.63 | 299.71 | 9,244.37 | 9,244.37 | 9,244.37 | 0.00 | 707.19 | 935.34 | 8,237.47 |

### LEAVE BALANCE

| Description | Start Balance | Earned | Taken | Adjusted | End Balance |
|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

### PAY DISTRIBUTION

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| | | $459.98 |

### MESSAGES