UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CASE NO.: 22-40241-KKS

In re: Ciara Andrecia Brown,                    Chapter 13


          Debtor.

          _____/

## ORDER DIRECTING DEDUCTIONS FROM WAGES

To:    ATTN: PAYROLL
       CHS Employee Group, LLC
       205 Powell Place, Suite 104
       Brentwood, TN 37027

DEBTOR: Ciara Andrecia Brown/ Soc. Sec. XXX-XX-9875


The Debtor having requested a payroll deduction order and having submitted such wages to the

jurisdiction of the Court that shall be necessary to fund the Debtor's Chapter 13 Plan. It is

ORDERED:

1. Until further order of the court, the above-named employer shall withhold from the

   Debtor's wages, commissions, or other payment the sum of **$84.00 each pay period**.

2. The sums withheld shall be paid every pay period to:

       **Leigh A. Duncan**
       **Chapter 13 Trustee**
       **Lock Box 2238**
       **Memphis, TN 38101-2238**

3.  The Employer is directed to place the Debtor's name and case number on all payments so

submitted. (Case No. 22-40241-KKS)

DONE AND ORDERED on __June 10, 2024__.

/s/ Karen K. Specie
KAREN K. SPECIE
U.S. Bankruptcy Judge

Attorney India Footman, Esq. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared by:
India Footman, Esq.
Attorney for Debtor